467 A.2d 46

Commonwealth v. Lopez, Appellant.

Petition for Allowance of Appeal
Denied Feb. 14, 1984.

Submitted June 22, 1983.  Elaine DeMasse, Assistant

Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Judgment of sentence is affirmed.